ORDERED.

Dated: July 27, 2017

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re** | **CASE NO. 8:17-bk-3597-MGW** |
| **NILHAN FINANCIAL, LLC** | **CHAPTER 11** |
| Debtor. | |
| _____/ | |

**ORDER GRANTING GOOD GATEWAY, LLC, SEG GATWAY, LLC'S**
***ORE TENUS* MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**THIS CASE** came on for hearing on July 10, 2017 ("Hearing") on the *ore tenus* motion ("Motion") by Good Gateway, LLC, and SEG Gateway, LLC (the "Movants") for stay relief to proceed with Adversary Proceeding 8:15-ap-00098-MGW, Good Gateway, LLC, *et al.,* vs. Nilhan Financial, LLC ("Adversary Proceeding"). Upon consideration of the Motion and having heard the arguments of counsel present at the Hearing, it is hereby

**ORDERED:**

1. The Motion is **GRANTED**.

2. Movants are granted immediate relief from the automatic stay, pursuant to 11 U.S.C. § 362(d), for all matters related to the Adversary Proceeding.

3. The fourteen-day stay period, pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived, and this order shall be effective upon entry.

Attorney R. Scott Shuker is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order.