## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:17-bk-03597-MGW |
| NILHAN FINANCIAL, LLC, | Chapter 11 |
| Debtor. | |

### DEBTOR'S POST-CONVERSION REPORT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1019

COMES NOW Nilhan Financial, LLC ("Debtor") and files this post-conversion Report pursuant to Federal Rule of Bankruptcy Procedure 1019, respectfully showing the Court as follows:

1. Pursuant to Federal Rule of Bankruptcy Procedure 1019(4), the Debtor turned over to the Chapter 7 trustee records and property of the estate in the possession or control of the debtor in possession that it had on the date on conversion to Chapter 7. Debtor sent a file-sharing link to the Chapter 7 trustee on December 27, 2017, in addition to documents previously sent via email.

2. Pursuant to Federal Rule of Bankruptcy Procedure 1019(5), the Debtor shows that it is not providing "a schedule of unpaid debts incurred after the filing of the petition and before conversion of the case," giving the name and address of the holder of each claim, as there were no post-petition unpaid debts incurred to the best of Debtor's information and belief, other than legal fees for which separate application may be made to the extent deemed desirable by the fee claimants.

This 27th day of December, 2017.

Respectfully Submitted,

**Nilhan Financial, LLC**

By: _/s/ signature_
Chittranjan Thakkar

**ROBL LAW GROUP LLC**

By: /s/ Michael D. Robl
Michael D. Robl
Georgia Bar No. 610905
*Attorneys for Debtor, Pro Hac Vice*

3754 Lavista Road, Suite 250
Tucker, Georgia 30084
(404) 373-5153 (telephone)
(404) 537-1761 (facsimile)
michael@roblgroup.com (e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18 and that I have, on the date below, served the foregoing pleading via the Court's ECF system on all authorized ECF recipients.

This 2nd day of January, 2018.

                                                  Respectfully submitted,

                                                ROBL LAW GROUP LLC

                                                /s/ Michael D. Robl
                                                Georgia Bar No. 610905
                                                *Attorneys for Debtor, Pro Hac Vice*

3754 Lavista Road, Suite 250
Tucker, Georgia 30084
(404) 373-5153 (telephone)
(404) 537-1761 (facsimile)
michael@roblgroup.com