**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re    CASE NO. 8:17-bk-3597-MGW

**NILHAN FINANCIAL, LLC**    CHAPTER 11

Debtor.

_____/

## TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) in Case 8:17-bk-3597-MGW. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice. Attached to this Transfer is the Judgment and evidence of perfection of the Judgment entitling Transferee to the transfer of this claim for security.

| Name of Transferee | Name of Transferor |
|---|---|
| Good Gateway, LLC | SEG Gateway, LLC<br>c/o R. Scott Shuker, Esq.<br>Latham, Shuker, et al.l<br>PO Box 3353<br>Orlando, FL  32802-3353 |

Name and Address where notices to transferee should be sent:

Attn:  Carson Good
174 W. Comstock Ave., Ste 114
Winter Park, FL  32789

Court Claim # (if known):    3
Amount of Claim:    $13,972,435.58
Date Claim Filed:    10/02/2017

Phone: _____    Phone:   407-481-5800
Last Four Digits of Acct #:   N/A    Last Four Digits of Acct. #:   N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:   N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ R. Scott Shuker    Date:   02/23/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

| | |
|---|---|
| GOOD GATEWAY, LLC, a Florida Limited liability company, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 2010-CA-015315-O<br>) |
| vs. | ) Division: 32<br>) |
| ORLANDO GATEWAY PARTNERS, LLC, a Florida limited liability company; NILHAN HOSPITALITY, LLC, a Florida limited liability company; NILOY & ROHAN, LLC, a Georgia limited liability company; ORLANDO GATEWAY, LLC; a Georgia limited liability company; STEVEN C. SMITH, an individual; CHITTRANJAN K. THAKKAR, an individual; NILHAN FINANCIAL, LLC, a Georgia limited liability company; SOUTH-EAST INVESTMENT PROPERTIES, LLC, a Georgia limited liability company; and SEG GATEWAY, LLC, a Florida limited liability company, | ) COMPLEX BUSINESS<br>) LITIGATION COURT<br>)<br>) Hon. Thomas B. Smith<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## FINAL JUDGMENT AGAINST DEFENDANT SEG GATEWAY, LLC

THIS CAUSE comes before the Court following the hearing on Plaintiff's Motion for Entry of Final Judgment against Defendant, SEG GATEWAY, LLC, and supporting Memorandum of Law. Accordingly, it is **ORDERED AND ADJUDGED** that:

**FINAL JUDGMENT** is entered in favor of Plaintiff, GOOD GATEWAY, LLC, in the total amount **$7,686,108.38**, in full settlement of all of Plaintiff's

claims and no further sums are to be paid by Defendant, SEG GATEWAY, LLC to Plaintiff.

DONE AND ORDERED in Chambers, this __9__ day of __June__, 2011

IT IS SO ORDERED.

Dated: ____, 2011

_____
Judge Thomas B. Smith

**Florida Rules**

**CIVIL PROCEDURE**

*Current through January 1, 2006*

**Rule 1.977. FACT INFORMATION SHEET.**

**(a) For Individuals.**

**(CAPTION)**

## FACT INFORMATION SHEET

Full Legal Name: _____

Nicknames or Aliases: _____

Residence Address: _____

Mailing Address (if different): _____

Telephone Numbers: (Home) _____ (Business) _____

Name of Employer: _____

Address of Employer: _____

Position or Job Description: _____

Rate of Pay: $ _____ per _____ Average Paycheck: $ _____ per _____

Average Commissions or Bonuses: $ _____ per _____ Commissions or bonuses are based on _____

Other Personal Income: $ _____ from _____
(Explain details on the back of this sheet or an additional sheet if necessary.)

Social Security Number: _____ Birthdate: _____

Drivers License Number: _____

Marital Status: _____ Spouses Name: _____

********************************************************************

*Spouse Related Portion*

Spouses Address (if different): _____

Spouses Social Security Number: _____ Birthdate: _____

Spouses Employer: _____

Spouses Average Paycheck or Income: $ _____ per _____

Other Family Income: $ _____ per _____ (Explain details on back of this sheet or an additional sheet if necessary.)

Describe all other accounts or investments you may have, including stocks, mutual funds, savings bonds, or annuities, on the back of this sheet or on an additional sheet if necessary.

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Names and Ages of All Your Children (and addresses if not living with

_____

_____

_____

_____

Child Support or Alimony Paid: $ _____ per _____

Names of Others You Live With: _____

_____

Who is Head of Your Household? _____ You _____ Spouse _____ Other Person

Checking Account at: _____ Account # _____

Savings Account at: _____ Account # _____

For Real Estate (land) You Own or Are Buying:

Address: _____

All Names on Title: _____

Mortgage Owed to: _____

Balance Owed: _____

Monthly Payment: $ _____ (Attach a copy of the deed or mortgage, or list the legal description of the property on the back of this sheet or an additional sheet if necessary. Also provide the same information on any other property you own or are buying.)

For All Motor Vehicles You Own or Are Buying:

Year/Make/Model: _____ Color: _____

Vehicle ID #: _____ Tag No: _____
Mileage: _____

Names on Title: _____

Present Value: $ _____ Loan Owed to: _____

Balance on Loan: $ _____ Monthly Payment: $ _____
_____(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or an additional sheet if necessary.)

Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? If your answer is "yes," describe the property, market value, and sale price, and give the name and address of the person who received the property.

Does anyone owe you money? _____ Amount Owed:$ _____

Name and Address of Person Owing Money:
_____

Reason money is owed:
_____

Please attach copies of the following:

a. Your last pay stub.

b. Your last 3 statements for each bank, savings, credit union, or other financial account.

c. Your motor vehicle registrations and titles.

d. Any deeds or titles to any real or personal property you own or are buying, or leases to property you are

e. Your financial statements, loan applications, or lists of assets and liabilities submitted to any person or entity within the 3 years.

f. Your last 2 income tax returns filed.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_____

Judgment Debtor

STATE OF FLORIDA

COUNTY OF _____   ____

The foregoing instrument was acknowledged before me this ........day of...... ., (year ....), by .............. , who is personally known to me or has produced  ............. as identification and who ....did/did not.... take an oath.

WITNESS my hand and official seal, this    day of........., (year ....

_____

Notary Public State of Florida

My Commission expires: .......

THE JUDGMENT DEBTOR SHALL FILE WITH THE CLERK OF THE COURT A NOTICE OF COMPLIANCE AFTER THE ORIGINAL FACT INFORMATION SHEET, TOGETHER WITH ALL ATTACHMENTS, HAS BEEN DELIVERED TO THE JUDGMENT CREDITORS ATTORNEY, OR TO THE JUDGMENT CREDITOR IF THE JUDGMENT CREDITOR IS NOT REPRESENTED BY AN ATTORNEY.

(b) For Corporations and Other Business Entities.

(CAPTION)

## FACT INFORMATION SHEET

Name of entity: _____

Name and title of person filling out this form:
_____

Telephone number: _____

Place of business: _____

Mailing address (if different): _____

Gross/taxable income reported for federal income tax purposes last three

$_____/$_____  $_____/$_____  $_____/$_____

Taxpayer identification number: _____

Is this entity an S corporation for federal income tax purposes? _____Yes _____No

Average number of employees per month _____

Name of each shareholder, member, or partner owning 5% or more of the entitys common stock, preferred stock, or other equity interest:
_____
_____

Names of officers, directors, members, or partners:
_____
_____
_____

Checking account at: _____ Account # _____

Savings account at: _____ Account # _____

Does the entity own any vehicles? _____Yes _____No

For each vehicle please state:

Year/Make/Model: _____ Color: _____

Vehicle ID No: _____ Tag No: _____
Mileage: _____

Names on Title: _____ Present Value: $ _____

Loan Owed to: _____

Balance on Loan: $ _____

Monthly Payment: $ _____

Does the entity own any real property? _____Yes _____No

If yes, please state the address(es): _____

Please check if the entity owns the following:

_____ Boat

_____ Camper

_____ Stocks/bonds

_____ Other real property

_____ Other personal property

Please attach copies of the following:

1. Copies of state and federal income tax returns for the past 3

2. All bank, savings and loan, and other account books and statements for accounts in institutions in which the entity had any legal or equitable interest for the past 3 years.

3. All canceled checks for the 12 months immediately preceding the service date of this Fact Information Sheet for accounts in which the entity held any legal or equitable interest.

4. All deeds, leases, mortgages, or other written instruments evidencing any interest in or ownership of real property at any time within the 12 months immediately preceding the date this lawsuit was filed.

5. Bills of sale or other written evidence of the gift, sale, purchase, or other transfer of any personal or real property to or from the entity within the 12 months immediately preceding the date this lawsuit was filed.

6. Motor vehicle or vessel documents, including titles and registrations relating to any motor vehicles or vessels owned by the entity alone or with others.

7. Financial statements as to the entitys assets, liabilities, and owners equity prepared within the 12 months immediately preceding the service date of this Fact Information Sheet.

8. Minutes of all meetings of the entitys members, partners, shareholders, or board of directors held within 2 years of the service date of this Fact Information Sheet.

9. Resolutions of the entitys members, partners, shareholders, or board of directors passed within 2 years of the service date of this Fact Information Sheet.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_____
Judgment Debtors Designated Representative/Title

STATE OF FLORIDA

COUNTY OF ................

The foregoing instrument was acknowledged before me on .......(date) ..., by ............................................, who is personally known to me or has produced ............... ... as identification and who ........did/did not.......take

an oath.

WITNESS my hand and official seal, this .... day of ................... (year).....

_____

Notary Public

State of Florida

My Commission expires:

THE JUDGMENT DEBTOR SHALL FILE WITH THE CLERK OF THE COURT A NOTICE OF COMPLIANCE AFTER THE ORIGINAL FACT INFORMATION SHEET, TOGETHER WITH ALL ATTACHMENTS, HAS BEEN DELIVERED TO THE JUDGMENT CREDITORS ATTORNEY, OR TO THE JUDGMENT CREDITOR IF THE JUDGMENT CREDITOR IS NOT REPRESENTED BY AN ATTORNEY.

Note:

*Committee Notes*

*2000 Adoption. This form is added to comply with amendments to rule 1.560.*

# ELECTRONIC JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A JUDGMENT LIEN, THE FOLLOWING INFORMATION IS SUBMITTED IN ACCORDANCE WITH s. 55.203, F.S..

**JUDGMENT DEBTOR (DEFENDANT) NAME(S) AS SHOWN ON JUDGMENT LIEN:**

SEG GATEWAY LLC
174 WEST COMSTOCK AVENUE
SUITE 100
WINTER PARK, FL. 32789
FEI#: 26-1408810    DOS DOCUMENT#: L07000114321

J16000117667
FILED
Feb 12, 2016 11:12 A.M.
Secretary of State
MHCAIN

**JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT LIEN OR CURRENT OWNER OF JUDGMENT IF ASSIGNED:**

GOOD GATEWAY LLC
C/O CARSON GOOD
174 WEST COMSTOCK AVENUE, SUITE 114
WINTER PARK, FL 32789
DOS DOCUMENT#: L07000083148

**NAME AND ADDRESS TO WHOM ACKNOWLEDGMENT/CERTIFICATION IS TO BE MAILED:**

CLAY M. TOWNSEND
CTOWNSEND@FORTHEPEOPLE.COM

AMOUNT DUE ON MONEY JUDGMENT: 7,686,108.38
APPLICABLE INTEREST RATE: 4.75%
NAME OF COURT: 9TH JUDICIAL CIRCUIT COURT
CASE NUMBER: 2010-CA-015315-O
DATE OF ENTRY: 06/09/11
WAS A WRIT OF EXECUTION DOCKETED ON THIS JUDGMENT LIEN WITH ANY SHERIFF PRIOR TO OCTOBER 1, 2001?
( ) YES   (IF YES, A "CREDITOR AFFIDAVIT CERTIFICATION" FORM MUST BE ATTACHED TO THIS CERTIFICATE.)
(X) NO

UNDER PENALTY OF PERJURY, I hereby certify that: (1) The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2) All of the information set forth above is true, correct, current and complete; (3) I have not previously filed a Judgment Lien Certificate regarding the above judgment with the Department of State; and, (4) I have complied with all applicable laws in submitting this Electronic Judgment Lien Certificate for filing.

Electronic Signature of Creditor or Authorized Representative: CLAY M. TOWNSEND