ORDERED.

Dated: August 29, 2018

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                              Case No. 8:17-bk-03597-MGW
                                                                    Chapter 7
Nilhan Financial, LLC,

     Debtor.
_____/

**ORDER CANCELING TRIAL**
**AND SETTING STATUS CONFERENCE**

THIS CASE came on for consideration without a hearing on the Court's own motion to schedule a status conference. The Chapter 7 Trustee, Good Gateway, LLC, and SEG Gateway, LLC sought approval of a compromise.[1] Niloy Thakkar, who has an ownership interest in the Debtor, objected.[2] So the Court scheduled the parties' compromise (and Thakkar's objection to it) for trial for August 30, 2018, at

---

[1] Doc. No. 210.

[2] Doc. No. 220.

9:30 a.m. Thakkar, however, has since withdrawn his objection to the proposed compromise.

The Court therefore will cancel the trial and hold a status conference to allow the Trustee to proffer an evidentiary basis for the proposed compromise. Because the time has run for objections, the Court will not consider any new objections to the compromise. Accordingly, it is

**ORDERED**:

1. The trial currently scheduled for August 30, 2018, at 9:30 a.m., on the parties' motion to compromise is CANCELED.

2. The Court will hold a status conference on the motion to compromise on August 30, 2018, at 9:30 a.m., to allow the Trustee to proffer an evidentiary basis for the proposed compromise.

The Clerk's Office is directed to serve a copy of this Order on interested parties who are not CM/ECF users.