**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

NILHAN FINANCIAL, LLC,            Case No. 8:17-bk-03597-MGW
                                                                         Chapter 7

    Debtor.
_____/

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Suite 555, Tampa, FL 33602-3899 within twenty-one (21) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

**CHAPTER 7 TRUSTEE'S MOTION TO MAKE A
SECOND INTERIM DISTRIBUTION TO CREDITORS**

      Douglas N. Menchise, the chapter 7 trustee (the "**Trustee**") for the estate of Nilhan Financial, LLC (the "**Debtor**"), by and through his undersigned counsel, hereby moves the Court for authority to make an interim distribution to creditors (the "**Motion**"), and states as follows:

**Reason for an Interim Distribution to Creditors**

      1.     On August 4, 2021, the Trustee filed a Motion to Make First Interim Distribution to Creditors (Doc. No. 658), wherein the Trustee sought an interim distribution to creditors (the "**First Distribution**"). This Court approved the First Distribution by Order entered on

September 1, 2021 (Doc. No. 663) and on September 3, 2021, the Trustee issued payments pursuant to the Order in the total amount of $601,551.47 to (a) administrative expense claimants, (b) allowed secured claimants, and (c) allowed unsecured claimants.

2.  Thereafter, the Trustee continued to liquidate additional assets and, as of the filing of this motion, has on hand approximately $690,785.59.

3.  The closing of this case is delayed by: (a) Niloy and Chittranjan Thakkar's pending objections to the claim filed by Good Gateway, LLC and SEG Gateway, LLC (the "**Claim 3 Objection**"), which objection is currently scheduled for trial on May 24, 2022 and June 7, 2022 (Doc. No. 777); and (b) the pending appeal of the disposition of another claim in the Georgia Bankruptcy Cases, which, once decided, will yield a substantial distribution into this Estate.

4.  The only remaining asset to be administered is the claim, as referenced above, in the Georgia bankruptcy cases that will yield between 1.6MM and 2.3MM into the estate.

5.  The only remaining matters for resolution in this bankruptcy case is the Claim 3 Objection and any appeals. It is anticipated that there will be minimal involvement from the Trustee or his counsel.

6.  Every month, the Trustee incurs about $1,000 in banking fees partially as a result of the monies held in the account.

7.  Based on the outstanding litigation and the monthly fees incurred, the Trustee has determined that it is in the best interest of the creditors to seek authorization for another interim distribution.

8. The Trustee is proposing to pay the allowed general unsecured claims a pro rata portion as set forth below with a 15% holdback of the balance of their claims. This is the second interim distribution to creditors.

### The Claims

9. The following are the claims that received either full or partial satisfaction of their claim based on the First Distribution. The claims are broken out by category and have the amount of the distribution, whether the distribution satisfied their claim, the balance, and the proposed second distribution pursuant to this motion:

### ALLOWED – Secured Claim(s):

| Claim No. | Creditor | Amount | Distribution Done 09/03/2021 |
|---|---|---|---|
| 4 | Good Gateway, LLC SEG Gateway, LLC | $214,000.00 | $214,000.00 Check No. 10106 |

### ALLOWED – Administrative Priority Claim(s):

| Claim No. | Creditor | Amount | Distribution Done 09/03/2021 |
|---|---|---|---|
|  | Moffa & Breuer, PLLC (Application for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Involuntary Estate) (Doc. No. 197) | $23,347.20 | $23,347.20 Check No. 10107 |

### ALLOWED – General Unsecured Claim(s):

| Claim No. | Creditor | Amount | First Distribution 09/03/2021 | Proposed Second Distribution |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $791.44 | $338.76 | $452.68 |
| 2 | Greenspoon Marder, P.A. | $166,200.47 | $71,139.81 | $80,801.56 |
| 5 | Good Gateway, LLC SEG Gateway, LLC | $55,914.05 | $23,933.22 | $27,183.71 |
| 6 | King, Blackwell, Zehnder & Wermuth, P.A. | $83,988.41 | $35,950.07 | $40,832.59 |
| 8 | Nejame Law, P.A. | $96,348.84 | $41,240.79 | $46,841.84 |

| | | | | |
|---|---|---|---|---|
| 9 | Holland & Knight | $79,481.85 | $34,021.10 | $38,641.64 |
| 10 | Moffa & Breuer, PLLC | $368,147.66 | $157,580.52 | $178,982.07 |

**UNRESOLVED – General Unsecured Claim(s):**

| Claim No. | Creditor | Amount | Disposition |
|---|---|---|---|
| 3 | Good Gateway, LLC | $9,500,000.00 | Unresolved, Claim No. 3 Objection is set for trial on May 26, 2022 |

**Summary**

10. The following is a summary of the cash on hand in the case, the amount to be distributed and the amount to be retained by the Trustee:

| | |
|---|---|
| Total Cash on Hand: | $690,785.59 |
| Proposed Distribution to Allowed Unsecured Claims: | ($413,736.09) |
| Amount Retained: | $277,049.50 |

11. The Trustee asserts that a distribution to the remaining allowed unsecured claimants with a 15% holdback, but for the IRS claim is appropriate. The balance remaining on allowed general unsecured claims will be paid when the case is closed.

12. The Trustee has deferred payment of his fee until the case is completed and fully administered.

13. The Trustee contemplates additional administrative expense claims, including to his counsel as well as to his accountant but asserts that sufficient funds are available for these included claims.

**WHEREFORE**, the Trustee requests that this Court enter an order that (i) grants this motion; (ii) directs the Trustee to make the interim distribution as requested in this Motion, and (iii) grants such additional relief as the Court deems appropriate.

Dated: June 6, 2022         */s/ Lara Roeske Fernandez*
                            Lara Roeske Fernandez
                            Florida Bar No. 0088500
                            TRENAM, KEMKER, SCHARF, BARKIN,
                            FRYE, O'NEILL & MULLIS P.A.

        101 E. Kennedy Blvd., Suite 2700
        Tampa, FL 33602
        Telephone: (813) 223-7474
        Email: lfernandez@trenam.com
        *Attorneys for Douglas N. Menchise, Trustee*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 6, 2022 a true and correct copy of the foregoing was furnished by CM/ECF electronic service to all CM/ECF registered participants and by U.S. First Class mail to those creditors on the attached matrix having filed claims in this case.

        */s/ Lara Roeske Fernandez*
        Lara Roeske Fernandez

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:17-bk-03597-MGW<br>Middle District of Florida<br>Tampa<br>Mon Jun  6 14:10:03 EDT 2022 | 7ATE9, Inc.<br>c/o Clay M. Townsend, Esq.<br>Morgan & Morgan, PA<br>20 N. Orange Ave., Suite 1600<br>Orlando, FL 32801-4624 | Breuer Law, PLLC<br>c/o John Moffa, Esq.<br>6501 Congress Ave., Suite 240<br>Boca Raton, FL 33487-2840 |
| Chapter 7 Bankruptcy Estate of Nilhan Hospit<br>c/o J. Cohen & E. McKean w/ Akerman LLP<br>P.O. Box 231<br>Orlando, FL 32802-0231 | Chapter 7 Bankruptcy Estate of Orlando Gatew<br>Partners, LLC<br>c/o J. Cohen & E. McKean w/ Akerman LLP<br>P.O. Box 231<br>Orlando, FL 32802-0231 | Good Gateway, LLC<br>c/o R. Scott Shuker, Esq<br>Shuker & Dorris, P.A.<br>121 S. Orange Avenue<br>Orlando, FL 32801-3221 |
| Good Gateway, LLC and SEG Gateway, LLC<br>c/o R Scott Shuker, Esq.<br>Shuker & Dorris, P.A.<br>121 S. Orange Avenue<br>Orlando, FL 32801-3221 | Greenspoon Marder, PA<br>c/o R. Scott Shuker, Esq<br>Shuker & Dorris, P.A.<br>121 S. Orange Avenue<br>Orlando, FL 32801-3221 | Holland & Knight LLP<br>200 South Orange Avenue<br>Suite 2600<br>Orlando, FL 32801-3453 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | King, Blackwell, Zehnder & Wermuth, P.A.<br>25 E. Pine St.<br>Orlando, FL 32801-2607 | Michael Boles/7ATE9, Inc<br>c/o R. Scott Shuker, Esq.<br>Shuker & Dorris, P.A.<br>121 S. Orange Avenue<br>Orlando, FL 32801-3221 |
| Nejame Law, PA<br>R Scott Shuker<br>Shuker & Dorris, P.A.<br>121 S. Orange Avenue<br>Orlando, FL 32801-3221 | SEG Gateway, LLC<br>c/o R. Scott Shuker, Esq<br>Shuker & Dorris, P.A.<br>121 S. Orange Avenue<br>Orlando, FL 32801-3221 | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients     0<br>Total                  13 |