# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-03597 MGW | **Trustee:** (290770) DOUGLAS N. MENCHISE |
| **Case Name:** NILHAN FINANCIAL, LLC | **Filed (f) or Converted (c):** 12/15/17 (c) |
| | **§341(a) Meeting Date:** 01/17/18 |
| **Period Ending:** 03/31/23 | **Claims Bar Date:** 02/23/18 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Other liquidated debts owing debtor including ta Orig. Asset Memo: Orig. Description: Notes Receivable: approximate amount owed by affiliates, per 2015 records in need of updating. Total Face amount = $72,000,000.00 - Uncollectable amount = $0.00; Imported from original petition Doc# 70;  Payment from Sugarloaf Centre, LLC bankruptcy claim  (See Footnote) | 72,000,000.00 | 1,500,000.00 | | 2,792,768.29 | FA |
| 2 | BANK ACCOUNTS-U (u) COMMERCIAL CHECKING  ACCOUNT (CLOSED) | Unknown | 0.00 | | 11,601.34 | FA |
| 3 | NOTES AND ACCOUNTS RECEIVABLE -U (u) CLAIMS INVOLVED AGAINST AND INVOLVING ORLANDO GATEWAY PARTNERS, LLC BANKRUPTCY PER COURT ORDER | Unknown | 0.00 | | 1,200,000.00 | FA |
| 4 | OTHER CONTINGENT & NONCONTINGENT INTERESTS - U (u) JOHN WILSON AND TRUSTPOINT INTERNATIONAL , LLC | Unknown | Unknown | | 0.00 | FA |
| **4** | **Assets        Totals** (Excluding unknown values) | **$72,000,000.00** | **$1,500,000.00** | | **$4,004,369.63** | **$0.00** |

RE PROP# 1        Marked as FA in error.

**Major Activities Affecting Case Closing:**

3-27-23 post petition briefs timely submitted to Court per Trisl on Objection to claim no.3.   3/8/23 updated official forms 1 & 2 together with tax returns for debtor for years 2014 & 2015 sent to CPA for work on Bk Estate tax return.  2-9-23 two day trial completed  on Thakker's objection to reserve veil piercing claim 3 .  Briefs due by

# Form 1

## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 17-03597 MGW | **Trustee:** (290770)    DOUGLAS N. MENCHISE |
| **Case Name:** NILHAN FINANCIAL, LLC | **Filed (f) or Converted (c):** 12/15/17 (c) |
| | **§341(a) Meeting Date:** 01/17/18 |
| **Period Ending:** 03/31/23 | **Claims Bar Date:** 02/23/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

midnight 3-27-23 before Court rules on objection to claim 3.  7/19/2022 - Mailed Check No. 20121, $452.68,  Claim No. 1 to IRS; Mailed Check #20122, Claim #2, $80,801.56 to Greenspoon Marder, PA; ; Mailed Chekck #20123, $27,183.71 to Good Gateway, Scott Shuker, Esq.; Mailed Check #2024, $40, 832.50 Claim NO. 5; to King, Blackwell et al:  Mailed Check #20125, $46, 841.84, Claim #8 to Nejame Law;  Mailed Check #20126, $38,641.64 Claim No 9, to Holland & Knight;  Mailed Check #20127, $178,982.07, Claim NO. 10 to Breuer Law, PLLC;  7/5/22- Mailed check #20120, $22,401.00 to Trenam, Attn: Lara Fernandez; 7/5/2022- Mailed Check N0. 20119,  $4,275.00 to Paul Marr, 1640 Powers Ferry Road, Bldg. 24, STE 350., Marietta, GA  30067; PC3-23-22 BK Court set deates for cont'd FEH on thakker's objection to claim no. 3 for 5-24-22 and 6-7-22(all day).  3-2-22 Thakker filed appeal to district court re trial court denying his motion for continuance of trial on objection t claim 3..  01/25/22  Court hearing on various motions filed by thakker re FEH on Objection to claim 3---Denied.  Trial scheduled for 1-31-22.to take place. 9/17/21- SERVED ORDER AND FILED PROOF OF SERVICE DE#668; 9/15/21- Filed application to employ accountatnt and uploaded order: 9-3-21 issued interim distribution  to secured claim no.4; admin prioirity claim Breuer Law;  and pro-rata unsecured claims 1;2;5;6;8;9;10.  9-1-21 review of Court Order authorizing interim distribution. 7/14/21- Resent check #10104  (21,825.00)to Paul Marr because  of address change; 6/18/21- mailed check no. 10105 to Trenam, Kemker $43,376.3; 6/18/21- mailed Check No. 10104 to Paul Marr, Esq. (21,825.00) ;4-21-21 BK Court approves Trustee's 9019 Motion with Moffa.  2-19-21 11th Circuit Court of Appeal enters judgment against Thakker appeal no. 20-11068.  9-14-2020 District Court affirmed BK Court appeal 19-1122.  7-23-2020 District Court Dismissed Thakker's appeal 19-1116.  7-13-2020 District Court dismissed Thakker appeal 19-2369.  .6-4-2020 filed objection to stay relief to proceed in Ga state Court..  5/18/20- Sent check #103, $71,096.62.  to Trenman Law c/o Lara  Fernandez; 5/18/2020- Sent check # 102 t, $54,965.90; to Paul Reece Marr, P.C.  02/26/20 - receipt of briefs in Northern District Court of GA; 02/11/2020 - e-mails from Lara Fernandez re: update on case; 02/03/20 - e-mails from Lara Fernandez re: trial prep; e-mails from Paul Marr re: trial prep; 02/03/20 - e-mails from Lara Fernandez re: trial prep; e-mails from Paul Marr re: trial prep; 02/02/20 - e-mail from Paul Marr RE: examination outline; 01/09/20 - e-mail from Lara Fernandez, Esq., re: need financial documents; 2 e-mails to atty Fernandez re: sent documents we have; 01/07/20 - e-mail from Laura Fernandez Esq., Re: mediation; 12/20/20 - copy of e-mail from Paul Marr; 12/09/19 - e-mails from atty Fernandez & Lumsden; 12/07/19 - copy of e-mail from JR Patel to Fernandez w/docs; 11/25/19 - copy of e-mail from JR Patel to Fernandez; 10/9/19 - e-mail from Menchise to Lumsden; response from Jennifer Lumsden, paralegal of Westfall, LLC re: cancellation of loan (Sugarloaf Title Clearance); 10/9/19 - e-mail from Jennifer Lumsden, Paralegal re: cancellation document; 6/6/19 - phone call from Frank DeBorde, Esq., who represents Atlanta Trustee in the Nilhan Developers case; 3/15/19 - e-mail from Judy Smith, CPA, re: Nilhan's 2018 annual report;  e-mail response; 3/14/19 - e-mail from Judy Smith, CPA., requesting debtor's prior tax returns; 1-31-19 UST objection to chap.11 atty fees pending.  e-mail response; 12/6/18 - receipt of letter from McKean and check for $1,200,000.00;  11-30-18  chuck thakker as shareholder of debtor appealed order approving 9019 compromise . 11-15-18 court denied motion for reconsideration of order approving 9019 motion.  9-6-18 court approves trustee's 9019 motion to compromise.  8-30-18 trial on trustee;and creditor's 9019 global motion to compromise 4-18-18 attended settlement conference at law office of Trenan in anticipation of filing joint 9019 global setment motion.  01/12/18 - SERVED ORDER AND FILED PROOF OF SERVICE (Doc. No. 178); 01/11/18 - Filed Application to Employ Judy Smith as Accountant; 12/21/17 - SERVED ORDERS AND FILED PROOFS OF SERVICE; 12/20/17 - SERVED ORDER AND FILED PROOF OF SERVICE (Doc. No. 160);  Drafted Motions to Extend Time to Answer Complaints; 12/19/17- Filed Application to Employ Attorney; Submitted

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-03597 MGW | **Trustee:** (290770) DOUGLAS N. MENCHISE |
| **Case Name:** NILHAN FINANCIAL, LLC | **Filed (f) or Converted (c):** 12/15/17 (c) |
| | **§341(a) Meeting Date:** 01/17/18 |
| **Period Ending:** 03/31/23 | **Claims Bar Date:** 02/23/18 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

standard proposed order;

**Initial Projected Date Of Final Report (TFR):** December 30, 2018          **Current Projected Date Of Final Report (TFR):** December 31, 2023

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 17-03597 MGW |
| **Case Name:** | NILHAN FINANCIAL, LLC |
| **Taxpayer ID #:** | **-***1263 |
| **Period Ending:** | 03/31/23 |

| | |
|---|---|
| **Trustee:** | DOUGLAS N. MENCHISE (290770) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******8027 - Checking Account |
| **Blanket Bond:** | $35,756,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/28/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 588,663.87 | | 588,663.87 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 912.02 | 587,751.85 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 1,004.81 | 586,747.04 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 971.74 | 585,775.30 |
| 01/25/22 | {1} | TRENAN LAW | PAYMENT OF PROMISSORY NOTE FROM NILHAN HOSPITALITY , LLC (PER COURT ODER DOC. NO. 666) | 1129-000 | 109,268.68 | | 695,043.98 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 925.06 | 694,118.92 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 1,038.42 | 693,080.50 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 1,222.01 | 691,858.49 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 1,071.90 | 690,786.59 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 1,070.24 | 689,716.35 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 1,216.14 | 688,500.21 |
| 07/05/22 | 20119 | Paul Marr | Special Counsel Fees , (Per Court Order  Doc. No. 799, 7/1/22) | 3210-000 | | 4,275.00 | 684,225.21 |
| 07/05/22 | 20120 | Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. | Special Counsel Fees and Expenses, (Per Court Order Doc. No. 800, 07/01/2022) | | | 22,401.00 | 661,824.21 |
| | | | Special Counsel Fees            22,345.50 | 3210-000 | | | 661,824.21 |
| | | | Special Counsel Expenses            55.50 | 3220-000 | | | 661,824.21 |
| 07/19/22 | 20121 | Internal Revenue Service | Payment of Second Distribution ( Per Court Order Doc. No. 798, 07/01/22) | 7100-000 | | 452.68 | 661,371.53 |
| 07/19/22 | 20122 | Greenspoon Marder, PA | Payment of Second Distribution (Per Court Order Doc. No. 798, 07/01/22) | 7100-000 | | 80,801.56 | 580,569.97 |
| 07/19/22 | 20123 | Good Gateway, LLC and SEG Gateway, LLC | Payment of Second Distribution (Per Court Order Doc. No. 798, 07/01/2022) | 7100-000 | | 27,183.71 | 553,386.26 |
| 07/19/22 | 20124 | King, Blackwell, Zehnder & | Payment of Second Distribution (Per Court | 7100-000 | | 40,832.59 | 512,553.67 |

| | | |
|---|---|---|
| **Subtotals :** | **$697,932.55** | **$185,378.88** |

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-03597 MGW
**Case Name:** NILHAN FINANCIAL, LLC

**Taxpayer ID #:** **-***1263
**Period Ending:** 03/31/23

**Trustee:** DOUGLAS N. MENCHISE (290770)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******8027 - Checking Account
**Blanket Bond:** $35,756,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
|  |  | Wermuth, P.A. | Order Doc. No. 798, 07/01/22) |  |  |  |  |
| 07/19/22 | 20125 | Nejame Law, PA | Payment of Second Distribution (Per Court Order Doc. No. 798, 07/01/2022) | 7100-000 |  | 46,841.84 | 465,711.83 |
| 07/19/22 | 20126 | Holland & Knight LLP | Payment of Second Distribution (Per Court Order Doc. No. 798, 07/01/2022) | 7100-000 |  | 38,641.64 | 427,070.19 |
| 07/19/22 | 20127 | Breuer Law, PLLC | Payment of Second Distribution, Claim No. 10-2 (Per Court Order Doc. No. 798, 07/01/2022) | 7100-000 |  | 178,982.07 | 248,088.12 |
| 07/29/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 |  | 996.93 | 247,091.19 |
| 08/31/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 |  | 495.11 | 246,596.08 |
| 09/30/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 |  | 395.22 | 246,200.86 |
| 10/20/22 |  | Transition Transfer Debit | Transition Transfer Debit | 9999-000 |  | 246,200.86 | 0.00 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | **ACCOUNT TOTALS** |  |  | 697,932.55 | 697,932.55 | $0.00 |
|  |  | Less: Bank Transfers |  |  | 588,663.87 | 246,200.86 |  |
|  |  | **Subtotal** |  |  | 109,268.68 | 451,731.69 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$109,268.68** | **$451,731.69** |  |

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 17-03597 MGW | Trustee: | DOUGLAS N. MENCHISE (290770) |
|---|---|---|---|
| Case Name: | NILHAN FINANCIAL, LLC | Bank Name: | Mechanics Bank |
| | | Account: | ******3966 - Checking Account |
| Taxpayer ID #: | **-***1263 | Blanket Bond: | $35,756,000.00 (per case limit) |
| Period Ending: | 03/31/23 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/21/18 | {2} | NILHAN FINANCIAL LLC | BANK ACCOUNT PROCEEDS | 1229-000 | 11,601.34 | | 11,601.34 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,591.34 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 8.89 | 11,582.45 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.47 | 11,571.98 |
| 12/06/18 | {3} | EMERSON C. NOBLE, TRUSTEE | SETTLEMENT PROCEEDS ; ORLANDO GATEWAY PARTNERS, LLC, PER COURT ORDER DOC. NO. 292 | 1221-000 | 1,200,000.00 | | 1,211,571.98 |
| 12/10/18 | 101 | TRENAM, KEMKER | PAYMENT OF SPECIAL COUNSEL FEES AND COSTS (PER COURT ORDER, DOC. 333) | | | 136,364.07 | 1,075,207.91 |
| | | | SPECIAL COUNSEL FEES            136,043.00 | 3210-600 | | | 1,075,207.91 |
| | | | SPECIAL COUNSEL COSTS            321.07 | 3220-610 | | | 1,075,207.91 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 859.28 | 1,074,348.63 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,717.19 | 1,072,631.44 |
| 05/18/20 | 102 | Paul Reece Marr, P.C. | Payment of Special Counsel Fees and Costs, (Court Order Doc.#562, 4/30/20 | | | 54,965.90 | 1,017,665.54 |
| | | | Special Counsel Fees            54,712.50 | 3210-000 | | | 1,017,665.54 |
| | | | Special Counsel Costs            253.40 | 3220-000 | | | 1,017,665.54 |
| 05/18/20 | 103 | Trenam, Kemker, Scharf, Barkin, Frye O'Neill & Mullis, P.A. | Payment of Special Counsel Fees and Costs, (Court Order Doc. #561, 4/30/20 | | | 71,096.62 | 946,568.92 |
| | | | Special Counsel Fees            70,183.00 | 3210-000 | | | 946,568.92 |
| | | | Special Counsel Costs            913.62 | 3220-000 | | | 946,568.92 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,640.93 | 944,927.99 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,611.02 | 943,316.97 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,558.01 | 941,758.96 |

| | | | Subtotals : | | $1,211,601.34 | $269,842.38 | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-03597 MGW
**Case Name:** NILHAN FINANCIAL, LLC

**Taxpayer ID #:** **-***1263
**Period Ending:** 03/31/23

**Trustee:** DOUGLAS N. MENCHISE (290770)
**Bank Name:** Mechanics Bank
**Account:** ******3966 - Checking Account
**Blanket Bond:** $35,756,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,455.09 | 940,303.87 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,603.29 | 938,700.58 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,500.38 | 937,200.20 |
| 11/23/20 | {1} | SUGARLOAF CENTRE, LLC | PAYMENT FROM SUGARLOAF CENTRE, LLC BANKRUPTCY CLAIM | 1129-000 | 147,345.66 | | 1,084,545.86 |
| 11/30/20 | {1} | NRCT LLC | PAYMENT FOM NRCT LLC BANKRUPTCY CLAIM | 1129-000 | 92,150.38 | | 1,176,696.24 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,471.59 | 1,175,224.65 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 2,051.70 | 1,173,172.95 |
| 01/14/21 | {1} | NILHAN DEVELOPERS LLC | FINAL DISTRIBUTUON | 1129-000 | 84,098.09 | | 1,257,271.04 |
| 01/14/21 | {1} | NILHAN DEVELOPERS LLC | FINAL DISTRIBUTION | 1129-000 | 15,512.60 | | 1,272,783.64 |
| 01/29/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,891.94 | 1,270,891.70 |
| 02/09/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 1,270,891.70 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 1,550,708.07 | 1,550,708.07 | **$0.00** |
| Less: Bank Transfers | | 0.00 | 1,270,891.70 | |
| **Subtotal** | | 1,550,708.07 | 279,816.37 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$1,550,708.07** | **$279,816.37** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 17-03597 MGW |
| **Case Name:** | NILHAN FINANCIAL, LLC |
| **Taxpayer ID #:** | **-***1263 |
| **Period Ending:** | 03/31/23 |

| | |
|---|---|
| **Trustee:** | DOUGLAS N. MENCHISE (290770) |
| **Bank Name:** | People's United Bank |
| **Account:** | ******5079 - Checking Account |
| **Blanket Bond:** | $35,756,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/09/21 | | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | 9999-000 | 1,270,891.70 | | 1,270,891.70 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 1,901.11 | 1,268,990.59 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 2,237.24 | 1,266,753.35 |
| 04/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 2,030.27 | 1,264,723.08 |
| 05/28/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 1,891.88 | 1,262,831.20 |
| 06/18/21 | 10104 | Paul Marr, Esq | Payment of Fee Application Special Counsel (Per Court Order Doc. NO. 650 (06/03/21) | 3210-000 | | 21,825.00 | 1,241,006.20 |
| 06/18/21 | 10105 | TRENAM, KEMKER | Payment of Fees and Costs for Special Counsel, (Court Order Doc. No. 651 (06/03/21) | | | 43,376.39 | 1,197,629.81 |
| | | | Special Counsel Fees          43,040.50 | 3210-000 | | | 1,197,629.81 |
| | | | Special Counsel          335.89 Expenses | 3220-000 | | | 1,197,629.81 |
| 06/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 2,207.84 | 1,195,421.97 |
| 07/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 1,939.27 | 1,193,482.70 |
| 08/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 2,040.36 | 1,191,442.34 |
| 09/03/21 | 10106 | Good Gateway, LLC and SEG Gateway, LLC | Interim Distribution on Claim No. 4 (Per Court Order Doc. No. 663, 9/1/21 | 4220-000 | | 214,000.00 | 977,442.34 |
| 09/03/21 | 10107 | Breuer Law, PLLC | Payment of Administrative Priority Claim (Per Court Order Doc. No. 663, 9/1/21; 640, 4/26/21) | 6210-160 | | 23,347.20 | 954,095.14 |
| 09/03/21 | 10108 | Internal Revenue Service | Payment of Amended Claim No. 1 (Per Court Order Doc. No. 663, 9/1/21 Voided on 09/03/21 | 7100-004 | | 791.44 | 953,303.70 |
| 09/03/21 | 10108 | Internal Revenue Service | Payment of Amended Claim No. 1 (Per Court Order Doc. No. 663, 9/1/21 Voided: check issued on 09/03/21 | 7100-004 | | -791.44 | 954,095.14 |

| | | | |
|---|---|---|---|
| | **Subtotals :** | **$1,270,891.70** | **$316,796.56** |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 17-03597 MGW | Trustee: | DOUGLAS N. MENCHISE (290770) |
|---|---|---|---|
| Case Name: | NILHAN FINANCIAL, LLC | Bank Name: | People's United Bank |
| | | Account: | ******5079 - Checking Account |
| Taxpayer ID #: | **-***1263 | Blanket Bond: | $35,756,000.00  (per case limit) |
| Period Ending: | 03/31/23 | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>{Ref #} /<br>Check # | 3<br><br><br>Paid To / Received From | 4<br><br><br>Description of Transaction | T-Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/03/21 | 10109 | Internal Revenue Service | Payment of Amended Claim No. 1 (Per Court Order Doc. No. 663, 9/1/21) | 7100-000 | | 338.76 | 953,756.38 |
| 09/03/21 | 10110 | Greenspoon Marder, PA | Interim Distribution on Claim No. 2 ( Per Court Order Doc. No. 663, 9/1/21) | 7100-000 | | 71,139.81 | 882,616.57 |
| 09/03/21 | 10111 | Good Gateway, LLC, SEG Gateway, LLC | Interim Distribution on Claim No. 5 (Per Court Order Doc. No. 633, 9/1/21)<br>Voided on 09/03/21 | 7100-004 | | 23,933.22 | 858,683.35 |
| 09/03/21 | 10111 | Good Gateway, LLC, SEG Gateway, LLC | Interim Distribution on Claim No. 5 (Per Court Order Doc. No. 633, 9/1/21)<br>Voided: check issued on 09/03/21 | 7100-004 | | -23,933.22 | 882,616.57 |
| 09/03/21 | 10112 | King, Blackwell, Zehnder & Wermuth, P.A. | Interim Distribution on Claim No. 6, (Per Court Order Doc. No. 663, 9/1/21) | 7100-000 | | 35,950.07 | 846,666.50 |
| 09/03/21 | 10113 | Nejame Law, PA | Interim Distribution on Claim No. 8-2 (Per Court Order Doc. No. 633, 9/1/21)<br>Voided on 09/03/21 | 7100-004 | | 41,240.79 | 805,425.71 |
| 09/03/21 | 10113 | Nejame Law, PA | Interim Distribution on Claim No. 8-2 (Per Court Order Doc. No. 633, 9/1/21)<br>Voided: check issued on 09/03/21 | 7100-004 | | -41,240.79 | 846,666.50 |
| 09/03/21 | 10114 | Holland & Knight LLP | Interim Distribution on Claim No. 9 (Per Court Order Doc. No. 663, 9/1/21)<br>Voided on 09/03/21 | 7100-004 | | 34,021.10 | 812,645.40 |
| 09/03/21 | 10114 | Holland & Knight LLP | Interim Distribution on Claim No. 9 (Per Court Order Doc. No. 663, 9/1/21)<br>Voided: check issued on 09/03/21 | 7100-004 | | -34,021.10 | 846,666.50 |
| 09/03/21 | 10115 | Breuer Law, PLLC | Interim Distribution on Claim No. 10 (Per Court Order Doc. No. 663, 9/1/21), 640, 4/26/21) | 7100-000 | | 157,580.52 | 689,085.98 |
| 09/03/21 | 10116 | Good Gateway, LLC and SEG Gateway, LLC | Interim Distribution on Claim No. 5-3, (Per Court Order Doc. No. 663, 9/1/21) | 7100-000 | | 23,933.22 | 665,152.76 |

| | | Subtotals : | $0.00 | $288,942.38 |
|---|---|---|---|---|

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-03597 MGW
**Case Name:** NILHAN FINANCIAL, LLC

**Taxpayer ID #:** **-***1263
**Period Ending:** 03/31/23

**Trustee:** DOUGLAS N. MENCHISE (290770)
**Bank Name:** People's United Bank
**Account:** ******5079 - Checking Account
**Blanket Bond:** $35,756,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/03/21 | 10117 | Nejame Law, PA | Interim Distribution on Claim No. 8-2 (Per Court Order Doc. No. 663. 9/1/21) | 7100-000 | | 41,240.79 | 623,911.97 |
| 09/03/21 | 10118 | Holland & Knight LLP | Interim Distribution on Claim No. 9 (Per Court Order Doc. No. 663, 9/1/21) | 7100-000 | | 34,021.10 | 589,890.87 |
| 09/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 1,227.00 | 588,663.87 |
| 10/28/21 | | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2724 | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2724 | 9999-000 | | 588,663.87 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | **1,270,891.70** | **1,270,891.70** | **$0.00** |
| Less: Bank Transfers | 1,270,891.70 | 588,663.87 |
| **Subtotal** | **0.00** | **682,227.83** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$0.00** | **$682,227.83** |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 17-03597 MGW |
| **Case Name:** | NILHAN FINANCIAL, LLC |
| **Taxpayer ID #:** | **-***1263 |
| **Period Ending:** | 03/31/23 |

| | |
|---|---|
| **Trustee:** | DOUGLAS N. MENCHISE (290770) |
| **Bank Name:** | TriState Capital Bank |
| **Account:** | ******9975 - Checking Account |
| **Blanket Bond:** | $35,756,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/20/22 | | Transition transfer credit | Transition transfer credit | 9999-000 | 246,200.86 | | 246,200.86 |
| 10/31/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 381.43 | 245,819.43 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 420.29 | 245,399.14 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 393.30 | 245,005.84 |
| 01/27/23 | {1} | Nilhan Developers LLC | Distribution from Claim in Nilhan Developers LLC Chapter 11 | 1129-000 | 2,344,392.88 | | 2,589,398.72 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 544.10 | 2,588,854.62 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 3,872.64 | 2,584,981.98 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 4,281.15 | 2,580,700.83 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 2,590,593.74 | 9,892.91 | **$2,580,700.83** |
| Less: Bank Transfers | 246,200.86 | 0.00 | |
| **Subtotal** | 2,344,392.88 | 9,892.91 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,344,392.88** | **$9,892.91** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-03597 MGW

**Case Name:** NILHAN FINANCIAL, LLC

**Taxpayer ID #:** **-***1263

**Period Ending:** 03/31/23

**Trustee:** DOUGLAS N. MENCHISE (290770)

**Bank Name:** TriState Capital Bank

**Account:** ******9975 - Checking Account

**Blanket Bond:** $35,756,000.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts : | 4,004,369.63 |
|---|---|---|
| | Net Estate : | $4,004,369.63 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8027 | 109,268.68 | 451,731.69 | 0.00 |
| Checking # ******3966 | 1,550,708.07 | 279,816.37 | 0.00 |
| Checking # ******5079 | 0.00 | 682,227.83 | 0.00 |
| Checking # ******9975 | 2,344,392.88 | 9,892.91 | 2,580,700.83 |
| | $4,004,369.63 | $1,423,668.80 | $2,580,700.83 |